**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **ARMIDA OCHOA and** | § | |
| **SILVIA BARRAZA** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.  3:20-CV-00379-G** |
| | § | |
| | § | |
| **UNITED STATES OF AMERICA** | § | |
| **Defendant,** | § | |

**JOINT STATUS REPORT**

The parties to the instant case, having met and conferred on June 29, 2020, file this

JOINT STATUS REPORT in accordance with the Court's June 09, 2020, Order Requiring Joint

Status Report.

**(1)     A brief statement of the claims and defenses**;

Plaintiffs contend as follows:  John Cotton was operating a vehicle while in the course and scope of his employment with the United States Postal Service.  Mr. Cotton exited a parking lot without yielding the right of way to Plaintiffs and struck the vehicle Plaintiffs were in.

Defendant contends as follows:  Defendant United States of America. denies Plaintiff Armida Ochoa and Plaintiff Sivlia Barraza's allegations that it was negligent or that it in any way caused or contributed to their injuries and resulting damages.

**(2)     Any challenges to jurisdiction or venue;**

None.

**(3)     Any pending motions;**

None.

**(4)     Any matters which require a conference with the court;**

None.

**(5)     Likelihood that other parties will be joined.**

None.

**(6)** **(a) an estimate of the time needed for discovery, with reasons, and (b) a specification of the discovery contemplated;**

At this time the parties have agreed to postpone the Initial Disclosure deadline from July 9, 2020 to July 16, 2020, in order for Plaintiffs to get a settlement demand to Defendant.

Should the case not settle, the parties will need approximately 6 months for written and oral discovery. The parties contemplate having to take the depositions of both Plaintiffs and Mr. Cotton, Defendant's driver.

**(7)** **Requested trial date, estimated length of trial, and whether jury has been demanded.**

The parties request a trial date in June 2021. The trial should only take 2 days, and jury trial has been demanded.

**(8)** **Whether the parties will consent to trial (jury or non-jury) before a United States Magistrate Judge per 28 U.S.C.A. §636(c).**

The parties do not consent to trial before a United States Magistrate Judge.

**(9)** **Prospects for settlement, and status of settlement negotiations;**

Plaintiff will have a settlement demand to Defendant by July 10, 2020.

**(10)** **What form of alternative dispute resolution (e.g., mediation, arbitration, summary jury trial) would be most appropriate for resolving this case and when it would be most effective (e.g. before discovery, after limited discovery, at the close of discovery).**

Parties agree mediation would be most appropriate after the close of discovery.

**(11)** **Any other matters relevant to the status and disposition of this case.**

None.

Respectfully submitted,
**THE MARYELAW FIRM, P.C.**


/s/ Eric H. Marye
**ERIC H. MARYE**
State Bar No. 24004798
emarye@maryelaw.com
**MONICA I. BOHUSLAV**
Sate Bar No. 24074250
mbohuslav@maryelaw.com
2619 Hibernia Street
Dallas, Texas 75204
Phone: 214-987-8240
Fax:    214-987-8241
**ATTORNEYS FOR PLAINTIFFS**


And


**ERIN NEALY COX**
**UNITED STATES ATTORNEY**


/s/ George M. Padis
**GEORGE M. PADIS**
State Bar No. 24088173
george.padis@usdoj.gov
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Phone: 214-659-8600
Fax:    214-695-8811
**ATTORNEY FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

On June 29, 2020, I electronically submitted the foregoing document with the clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

/s/ Eric H. Marye_____

Eric H. Marye